UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3636 ODW (FMOx) | Date | July 7, 2010 |
|---|---|---|---|
| Title | Beatriz Zamora v. Citimortgage, Inc., et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Steve Chung | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   Order Vacating Hearing on Defendant's Motion to Dismiss Plaintiff's Complaint [4] (Filed 5/27/10)

The hearing on the above-referenced motion, scheduled for July 12, 2010 at 1:30 p.m. is hereby VACATED. The matter stands submitted. An order will issue.

IT IS SO ORDERED.

: 00

Initials of Preparer   sc