PETER J. SALMON (SBN 174386)
THOMAS N. ABBOTT (SBN 245568)
CHRISTOPHER J. DONEWALD (SBN 255454)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2633
(714) 285-2668 *facsimile*
E-Mail: cdonewald@piteduncan.com

Attorneys for Defendant CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BEATRIZ ZAMORA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC, an New York Corporation, LOAN EXPRESS LENDING, INC., a California Corporation, IRN REALTY, INC., a California Corporation, SUMMIT EQUITY FUND, LLC, a California Limited Liability Company, FRANK G. GARCIA, an individual, KAREN LO-YI CHOU, an individual and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV10-3636 ODW (FMOx)<br><br>HON. OTIS D. WRIGHT<br><br>**DECLARATION OF SERVICE OF DEFENDANT CITIMORTGAGE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND NOTICE OF NON-OPPOSITION**<br><br>Date:　　August 2, 2010<br>Time:　　1:30 p.m.<br>Ctrm:　　11<br><br>Complaint Filed: May 14, 2010 |

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1820 E. First Street, Suite 420, Santa Ana, California 92705.

On July 16, 2010, I served the following document(s): **DEFENDANT CITIMORTGAGE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND NOTICE OF NON-OPPOSITION** on the parties in this action addressed as follows:

1  Frank G. Garcia
   513 ½ West Lime Avenue
2  Monrovia, CA 91016
   (626) 375-8399; fax not provided
3  Email: not provided
   Defendant
4

5  _X_  **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

9  ____  **BY ELECTRONIC TRANSFER:** I caused the above-entitled document(s) to be electronically filed and served on the interested parties to the action via CM/ECF e-service at http://www.cacd.uscourts.gov/. A copy of the transmission receipt will be maintained with the original document(s) in our office.

12 ____  **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

15 _X_  **FEDERAL:** I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

   Executed July 16, 2010, at Santa Ana, California.

   _____
   CHRISTINA J. REYES

-2-
DECLARATION OF SERVICE OF REPLY IN SUPPORT OF MOTION    2092379.wpd