O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### **AMENDED** CIVIL MINUTES - GENERAL

| Case No. | CV 10-3636 ODW (FMOx) | Date | July 20, 2010 |
|---|---|---|---|
| Title | *Zamora v. Citimortgage, Inc. et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   **AMENDED ORDER RE: (1) DEFENDANT CITIMORTGAGE INC.'S MOTION TO DISMISS [37]; (2) DEFENDANT SUMMIT EQUITY FUND'S MOTION TO DISMISS [4]; AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [33].**

The matter is before the Court on Defendants Citimortgage, Inc.'s ("Citimortgage") and Defendant Summit Equity Fund LLC's ("Summit") Motion to Dismiss the Complaint of Plaintiff Beatriz Zamora ("Plaintiff") for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("Rule__"). The Court deems the matter appropriate for decision without oral argument pursuant to Rule 78 and Local Rule 7-15.

Plaintiff failed to file timely opposition briefs as required by Local Rule 7-9. The Court deems such failure as Plaintiff's consent to the granting of the motions pursuant Local Rule 7-12. Accordingly, the Court **GRANTS** the instant motions and **DISMISSES** Plaintiff's complaint **as to Defendants Citimortgage and Summit** for the reasons stated in the moving papers. Because amendment of the complaint appears to be futile, **the Complaint IS DISMISSED WITHOUT LEAVE TO AMEND as to Citimortgage and Summit.**

Plaintiff's Motion for Default Judgment against Defendant Loan Express Lending, Inc., **which is set for hearing on July 26, 2010, is taken under submission.** An order shall issue. (Docket No. 33.)

   **IT IS SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |