# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ ZAMORA, | **CASE NUMBER** |
| Plaintiff(s) | CV 10-3636 ODW(FMOx) |
| v. | |
| CITIMORTGAGE, INC., et al., | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |
| Defendant(s). | |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, and/or as reflected in the Joint Rule 26(f) Report, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
√ **SETTLEMENT PROCEDURE NO. 2**
☐ **SETTLEMENT PROCEDURE NO. 3**

be:

√ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings.  Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court.  For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated:   August 16, 2010

_____
United States District Judge