Salar Atrizadeh (SBN: 255659)
LAW OFFICES OF SALAR ATRIZADEH
8383 Wilshire Blvd., Suite 1022
Beverly Hills, California 90211
Telephone: 310-562-0999
Facsimile:  310-606-2005
Website: www.atrizadeh.com
Email: salar@atrizadeh.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRIZ ZAMORA, an Individual<br><br>       Plaintiff,<br><br> vs.<br><br>CITIMORTGAGE, INC., a New York Corporation, LOAN EXPRESS LENDING, INC., a California Corporation, IRN REALTY, INC., a California Corporation, SUMMIT EQUITY FUND, LLC, a California limited liability company, FRANK G. GARCIA, an Individual, KAREN LO-YI CHOU, an Individual and DOES 1-20 inclusive,<br><br>       Defendants. | **CASE NO.: CV10-3636 ODW (FMOx)**<br>Assigned to: Hon. Otis D. Wright, II<br><br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION [33] FOR DEFAULT JUDGMENT AGAINST DEFENDANT LOAN EXPRESS LENDING, INC., A CALIFORNIA CORPORATION** |

1

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LOAN EXPRESS LENDING, INC., A CALIFORNIA CORPORATION**

Having considered plaintiff Beatriz Zamora's ("Plaintiff") Motion for Default Judgment, the Memorandum in support of her Motion, the Declaration of Salar Atrizadeh, Esq. in support thereof, the default entered by the Clerk of this Court on file herein, the Summons, Complaint, and proof of service on file herein, and all of the relevant papers and pleadings on file with the Court in this matter, **THE COURT ORDERS AS FOLLOWS:**

1. Plaintiff's Motion for Default Judgment Against Defendant Loan Express Lending, Inc., a California Corporation ("Defendant") is **GRANTED**.

2. Defendant is liable to Plaintiff for the amount of **ONE HUNDRED SIXTY-TWO THOUSAND FOUR HUNDRED SEVENTY SIX DOLLARS AND THREE CENTS ($162,476.03).**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT

DATED: August 16, 2010

HON. OTIS D. WRIGHT, II

2

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LOAN EXPRESS LENDING, INC., A CALIFORNIA CORPORATION**