| | |
|---|---|
| 1 | Salar Atrizadeh (SBN: 255659) |
| 2 | LAW OFFICES OF SALAR ATRIZADEH |
| 3 | 8383 Wilshire Blvd., Suite 1022<br>Beverly Hills, California 90211 |
| 4 | Telephone: 310-562-0999 |
| 5 | Facsimile:  310-606-2005<br>Website: www.atrizadeh.com |
| 6 | Email: salar@atrizadeh.com |
| 7 | Attorneys for Plaintiff |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRIZ ZAMORA, an Individual | **CASE NO.: CV10-3636 ODW (FMOx)**<br>Assigned to: Hon. Otis D. Wright, II |
| Plaintiff, | |
| vs. | |
| CITIMORTGAGE, INC., a New York Corporation, LOAN EXPRESS LENDING, INC., a California Corporation, IRN REALTY, INC., a California Corporation, SUMMIT EQUITY FUND, LLC, a California limited liability company, FRANK G. GARCIA, an Individual, KAREN LO-YI CHOU, an Individual and DOES 1-20 inclusive, | **DEFAULT JUDGMENT** |
| Defendants. | |

1

**DEFAULT JUDGMENT**

It appearing from the records in the above-entitled action that Summons and Complaint have been served upon Defendant named below and it further appearing from the Affidavit/Declaration of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a)-(b), that each of the below Defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

It appears that the defaulting defendant is neither minor(s) nor incompetent person(s).

Plaintiff's claim is for a sum certain or a sum that can be made certain by computation equating to **ONE HUNDRED SIXTY-TWO THOUSAND FOUR HUNDRED SEVENTY-SIX DOLLARS AND THREE CENTS ($ 162,476.03).**

Now therefore, on request of counsel, the DEFAULT JUDGMENT of the following named defendant is hereby entered:

1. LOAN EXPRESS LENDING, INC., A CALIFORNIA CORPORATION.

IT IS SO ORDERED.

Date: August 20, 2010

BY: _____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2

**DEFAULT JUDGMENT**