UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3636 ODW(FMOx) | Date | October 6, 2010 |
|---|---|---|---|
| Title | Beatriz Zamora v. Citimortgage, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order to Show Cause Why Plaintiff's Motion to Strike [68] Should Not Be Ordered Stricken**

On October 4, 2010 plaintiff filed the above-referenced Motion to Strike [68], which fails to comply with Local Rule 6-1. Plaintiff is ordered to show cause why the motion should not be ordered Stricken on or before close of business on **Thursday, October 7, 2010.**

The Court will accept, as an appropriate response to this OSC, an ex parte application to shorten time on the motion.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

IT IS SO ORDERED.

:  00

Initials of Preparer   RGN